UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

---

ST. PAUL FIRE AND MARINE INSURANCE COMPANY and ST. PAUL GUARDIAN INSURANCE COMPANY,

Plaintiff,

v.

COURTNEY ENTERPRISES, INC.,

Defendant.

Civil No. 00-1390 ADM/AJB

**ORDER**

---

In the above matter, Plaintiff has filed a Motion for Correction of Inadvertent Omissions. District Judge Ann D. Montgomery has referred this matter to the undersigned. Defendant shall submit a brief by November 1, 2000 and thereafter, the Court will take the matter under advisement without further argument.

Dated: 10/25/00

Arthur J. Boylan
United States Magistrate Judge

FILED OCT 26 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK