**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

St. Paul Fire and Marine
Insurance Company and St. Paul
Guardian Insurance Company,

Petitioners,

v.

Courtney Enterprises, Inc.,

Respondent.

**MEMORANDUM OPINION AND ORDER**
Civil No. 00-1390 ADM/AJB

---

Michael R. Cashman, Esq., and Chad A. Snyder, Esq., Zelle, Hofmann, Voelbel & Gette, L.L.P., Minneapolis, Minnesota, appeared for and on behalf of the Petitioners.

Martyn B. Hill, Esq., Carey S. Davis, Esq., Pagel, Davis & Hill, P.C., Houston, Texas and Andrew S. Birrell, Esq., and Charles D. Slane, Esq., Birrell, Dunlap & Ritts, Minneapolis, Minnesota, appeared for and on behalf of the Respondent.

---

On July 20, 2001, oral argument was heard on St. Paul Fire and Marine Insurance Company and St. Paul Guardian Insurance Company's ("St. Paul") motion seeking an order requiring Courtney Enterprises, Inc. ("Courtney") to withdraw its claims against St. Paul currently pending in Texas state court and motion for a permanent injunction [Doc. No. 42]. In response, Courtney moved to strike St. Paul's motions [Doc. No. 46].

Courtney's Motion to Strike was denied at the hearing. The Court also advised Courtney that if within ten days it voluntarily withdrew its pending Texas action against St. Paul, the Court would not impose sanctions and costs as requested by St. Paul.

On July 25, 2001, Courtney's counsel faxed the Court and St. Paul's counsel a letter that asserted that "Courtney is presently drafting appropriate pleadings to withdraw the Texas case."

AUG 13 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

By letter of August 6, 2001, St. Paul is now requesting an injunction be issued regardless of whether the Texas action has been withdrawn. The Court does not have before it any evidence that the Texas litigation remains pending. If St. Paul renews its motion with such evidence, sanctions and costs will be imposed.

The parties are instructed to move forward expeditiously with discovery and arbitration as required by this Court's Order of August 9, 2000 [Doc. No. 12].

BY THE COURT:

ANN D. MONTGOMERY
UNITED STATES DISTRICT JUDGE

Dated: August 10, 2001